**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| KATHY and ZACHARY GRISWOLD, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | |
| | § | Civil Action No.: 4:22-cv-01033-SDJ-CAN |
| COLUMBIA DEBT RECOVERY d/b/a GENESIS, GREP SOUTHWEST, LLC D/B/A GREYSTAR, and EQUIFAX INFORMATION SERVICES, LLC, | § § § § | |
| | § | |
| Defendants. | § | |

**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO *ONLY* DEFENDANT**
**COLUMBIA DEBT RECOVERY d/b/a GENESIS**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs Kathy and Zachary Griswold ("Plaintiffs") and Columbia Debt Recovery d/b/a Genesis ("Defendant"), hereby stipulate to the dismissal of the above-styled case and any claims that were raised or that could have been raised in this action, with prejudice, with each side to bear their own costs and attorneys' fees.

Dated: September 19, 2023

Respectfully submitted,

/s/ Jason A LeBoeuf
Jason A LeBoeuf
LeBoeuf Law Firm, PLLC
675 Town Square Blvd., Suite 200
Garland, TX 75040
Email: Jason@leboeuflawfirm.com
Phone: (214) 206-7423
*Counsel for Plaintiffs*
*Kathy and Zachary Griswold*

/s/ Khari Malcolm Ferrell
Khari Malcolm Ferrell
Frost Echols LLC
18383 Preston Road, Suite 350
Dallas, Texas 75252
Email: Khari.Ferrell@frostechols.com
Phone: (817) 290-4357
*Counsel for Defendant*
*Columbia Debt Recovery d/b/a Genesis*

**CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing has be filed with the Clerk of Court through CM/ECF, and undersigned thereby also served notice of foregoing on all parties of record on this September 19, 2023.

/s/ Jason A LeBoeuf
Jason A LeBoeuf